IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:19-cv-169-FL

| | | |
|---|---|---|
| HARRY C. DAVIS, Individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) ) ) ) | ORDER |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY | ) ) ) | |
| Defendant. | ) | |

This matter is before the Court on the parties' joint motion to stay proceedings in this case pending disposition of *Accardi v. Hartford Underwriters Insurance Company*, No. 42A19 (N.C. Jan. 25, 2019). For good cause shown, the Court GRANTS the motion. The parties are DIRECTED to alert this Court within 14 days of the disposition of *Accardi*. Defendant is DIRECTED to answer or otherwise respond to Plaintiff's Class Action Complaint (D.E. 1) within 45 days of such disposition.

SO ORDERED, this the 21st day of February 2020

_____
Louise W. Flanagan
United States District Judge